IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,

    Plaintiff,

  v.

RONALD "RONNIE" (DOE), et al.,

    Defendants.

_____/

No. C 14-80259M CW

ORDER RETURNING COMPLAINT TO PLAINTIFF

    On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes. The pre-filing order states that if Mr. Grimes files a complaint that is "related to any of the following matters:

> (1) a diversified group of individuals who commit acts of terror against Mr. Grimes, his family and other citizens;
>
> (2) an injunction against the defendants to prevent them from kidnaping, framing, falsely imprisoning or otherwise terrorizing Mr. Grimes, his family, and other citizens;
>
> (3) a court order for the defendants to be subjected to a lie detector test;
>
> (4) covert terrorism

it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations. Second, no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual allegations and claims for relief."

    The Court has reviewed the above-captioned complaint filed by Mr. Grimes and finds that it shall not be filed because it alleges

1  that Defendants are engaged in terrorism and seeks a court order
2  for Defendants to be subjected to a lie detector test.  Mr. Grimes
3  alleges no cognizable causes of action in this complaint.
4       Because the above-captioned complaint concerns multiple
5  matters mentioned in the pre-filing order and presents no
6  cognizable cause of action, the Clerk of the Court is ordered not
7  to file it.  Instead, the complaint shall be returned to Mr.
8  Grimes.
9       IT IS SO ORDERED.

11 Dated:   September 29, 2014         _____
                                       CLAUDIA WILKEN
                                       United States District Judge

2